IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LARRY T. ZGURO,
   Petitioner,

v.

THOMAS MCGINLEY, ET AL.,
   Respondents.

No. 1:20-CV-01300

(Judge Rambo)

## ORDER

In accordance with the accompany Memorandum Opinion, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as untimely;

2. A certificate of appealability shall not issue; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                    S/Sylvia H. Rambo
                                    United States District Judge

Dated:  April 27, 2021